**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____     Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **LLPS, INC.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA ALABAMA COUNCIL FOR CORPORATIONS**<br>**DBA ALABAMA LABOR LAW POSTER SERVICE**<br>**DBA ALASKA COUNCIL FOR CORPORATIONS**<br>**DBA ALASKA LABOR LAW POSTER SERVICE**<br>**DBA ARIZONA LABOR LAW POSTER SERVICE**<br>**DBA ARKANSAS LABOR LAW POSTER SERVICE**<br>**DBA CALIFORNIA COUNCIL FOR CORPORATIONS**<br>**DBA CALIFORNIA LABOR LAW POSTER SERVICE**<br>**DBA COLORADO LABOR LAW POSTER SERVICE**<br>**DBA COMPLIANCE PROFESSIONALS**<br>**DBA CONNECTICUT LABOR LAW POSTER SERVICE**<br>**DBA CORPORATE HANDBOOK SERVICES**<br>**DBA CORPORATE RECORDS SERVICES**<br>**DBA CORPORATION SERVICES**<br>**DBA COUNCIL FOR CORPORATIONS**<br>**DBA DELAWARE LABOR LAW POSTER SERVICE**<br>**DBA DISTRICT OF COLUMBIA COUNCIL FOR CORPORATIONS**<br>**DBA DISTRICT OF COLUMBIA LABOR LAW POSTER SERVICE**<br>**DBA FLORIDA COUNCIL FOR CORPORATIONS**<br>**DBA FLORIDA LABOR LAW POSTER SERVICE**<br>**DBA GEORGIA COUNCIL FOR CORPORATIONS**<br>**DBA GEORGIA LABOR LAW POSTER SERVICE**<br>**DBA HAWAII LABOR LAW POSTER SERVICE**<br>**DBA IDAHO LABOR LAW POSTER SERVICE**<br>**DBA ILLINOIS COUNCIL FOR CORPORATIONS**<br>**DBA ILLINOIS LABOR LAW POSTER SERVICE**<br>**DBA INDIANA COUNCIL FOR CORPORATIONS**<br>**DBA INDIANA LABOR LAW POSTER SERVICE**<br>**DBA KANSAS LABOR LAW POSTER SERVICE**<br>**DBA KENTUCKY LABOR LAW POSTER SERVICE**<br>**DBA LABOR LAW POSTER SERVICE**<br>**DBA LOUISIANA COUNCIL FOR CORPORATIONS**<br>**DBA LOUISIANA LABOR LAW POSTER SERVICE**<br>**DBA MAINE COUNCIL FOR CORPORATIONS**<br>**DBA MAINE LABOR LAW POSTER SERVICE**<br>**DBA MANDATORY POSTER AGENCY**<br>**DBA MARYLAND LABOR LAW POSTER SERVICE**<br>**DBA MASSACHUSETTS COUNCIL FOR CORPORATIONS**<br>**DBA MASSACHUSETTS LABOR LAW POSTER SERVICE**<br>**DBA MICHIGAN COUNCIL FOR CORPORATIONS**<br>**DBA MICHIGAN LABOR LAW POSTER SERVICE**<br>**DBA MINNESOTA LABOR LAW POSTER SERVICE**<br>**DBA MISSISSIPPI LABOR LAW POSTER SERVICE**<br>**DBA MISSOURI COUNCIL FOR CORPORATIONS**<br>**DBA MISSOURI LABOR LAW POSTER SERVICE**<br>**DBA MONTANA LABOR LAW POSTER SERVICE** |

Debtor  **LLPS, INC.**
_____     Case number (*if known*) _____
Name

DBA  NEBRASKA COUNCIL FOR CORPORATIONS
DBA  NEBRASKA LABOR LAW POSTER SERVICE
DBA  NEVADA LABOR LAW POSTER SERVICE
DBA  NEW JERSEY COUNCIL FOR CORPORATIONS
DBA  NEW JERSEY LABOR LAW POSTER SERVICE
DBA  NEW MEXICO COUNCIL FOR CORPORATIONS
DBA  NEW MEXICO LABOR LAW POSTER SERVICE
DBA  NEW YORK COUNCIL FOR CORPORATIONS
DBA  NEW YORK LABOR LAW POSTER SERVICE
DBA  NORTH CAROLINA COUNCIL FOR CORPORATIONS
DBA  NORTH CAROLINA LABOR LAW POSTER SERVICE
DBA  OHIO COUNCIL FOR CORPORATIONS
DBA  OHIO LABOR LAW POSTER SERVICE
DBA  OKLAHOMA COUNCIL FOR CORPORATIONS
DBA  OKLAHOMA LABOR LAW POSTER SERVICE
DBA  OREGON LABOR LAW POSTER SERVICE
DBA  PENNSYLVANIA COUNCIL FOR CORPORATIONS
DBA  PENNSYLVANIA LABOR LAW POSTER SERVICE
DBA  RHODE ISLAND LABOR LAW POSTER SERVICE
DBA  SOUTH CAROLINA LABOR LAW POSTER SERVICE
DBA  SOUTH DAKOTA LABOR LAW POSTER SERVICE
DBA  TENNESSEE COUNCIL FOR CORPORATIONS
DBA  TENNESSEE LABOR LAW POSTER SERVICE
DBA  TEXAS COUNCIL FOR CORPORATIONS
DBA  TEXAS LABOR LAW POSTER SERVICE
DBA  UTAH COUNCIL FOR CORPORATIONS
DBA  UTAH LABOR LAW POSTER SERVICE
DBA  VIRGINIA COUNCIL FOR CORPORATIONS
DBA  VIRGINIA LABOR LAW POSTER SERVICE
DBA  WASHINGTON LABOR LAW POSTER SERVICE
DBA  WEST VIRGINIA LABOR LAW POSTER SERVICE
DBA  WISCONSIN COUNCIL FOR CORPORATIONS
DBA  WISCONSIN LABOR LAW POSTER SERVICE
DBA  WYOMING LABOR LAW POSTER SERVICE

| 3. | Debtor's federal Employer Identification Number (EIN) | 38-3468792 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6323 West Saginaw Highway** **Suite E** **Lansing, MI 48917** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Eaton** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  **www.llpsinc.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **LLPS, INC.**                                                      Case number *(if known)* _____
_____
Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____5111_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **LLPS, INC.**
_____  Case number (*if known*) _____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **LLPS, INC.**                                                          Case number (*if known*) _____
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **LLPS, INC.**                                                          Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 1, 2025**
               MM / DD / YYYY

**X** **/s/ Joseph Fata** _____          **Joseph Fata** _____
       Signature of authorized representative of debtor          Printed name

Title    **Authorized Agent** _____

**18. Signature of attorney**

**X** **/s/ Anthony J. Kochis** _____          Date    **April 1, 2025**
       Signature of attorney for debtor                                  MM / DD / YYYY

**Anthony J. Kochis**
Printed name

**Wolfson Bolton Kochis PLLC**
Firm name

**880 W. Long Lake Rd.**
**Suite 420**
**Troy, MI 48098**
Number, Street, City, State & ZIP Code

Contact phone    **248-247-7105**          Email address    **akochis@wolfsonbolton.com**

**P72020 MI**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **LLPS, INC.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 1, 2025**      X **/s/ Joseph Fata**
                                             Signature of individual signing on behalf of debtor

                                             **Joseph Fata**
                                             Printed name

                                             **Authorized Agent**
                                             Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

| Debtor name | **LLPS, INC.** |
|---|---|
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BCC Software 1890 Winton Road S. Ste. 180 Rochester, NY 14618** | renewals@bccsoftware.com 800-337-0442 | | | | | **$2,616.20** |
| **Capital One, NA PO Box 71083 Charlotte, NC 28272** | 877-383-4802 | | | | | **$20,524.90** |
| **Consumers Energy One Energy Plaza Jackson, MI 49201** | Legal Department bankruptcyfilings@cmsenergy.com 810-760-3502 | | | | | **$241.93** |
| **Delta Dental 4100 Okemos Road Okemos, MI 48864** | 800-838-8863 | | | | | **$801.22** |
| **Frangie Creyts Plaza, LLC 2169 Woodfield Rd. Okemos, MI 48864** | Eric Chagnon 517-487-4222 | | | | | **$4,997.35** |
| **Lansing Security & Locksmith 1421 Shaffer Court Lansing, MI 48917** | Mike Sparks masparks@1999@gmail.com 517-331-7666 | | | | | **$195.00** |
| **Metronet 3701 Communications Way Evansville, IN 47715** | business_customer-service@metronet.com 855-769-0936 | | | | | **$492.20** |
| **Noordyk Business Equipment 3606 Remembrance Rd NW. Grand Rapids, MI 49534** | Steve Martin stevem@noordyk.com 517-694-3900 | | | | | **$87.30** |

Debtor  **LLPS, INC.**
        Name                                                Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PHP Insurance Company 16650 Westgrove Drive Suite 500 Addison, TX 75001** | **888-892-0009** | | | | | **$16,746.29** |
| **Plunkett Cooney 38505 Woodward Avenue, Suite 1 Bloomfield Hills, MI 48304** | **Peter Cronk** **517-333-6598 pcronk@plunkettc ooney.com** | | | | | **$73,107.55** |
| **Rose Pest Solutions 7706 Rickle Street Lansing, MI 48917** | **Sales Department** **info@rosepest.com 800-966-rose** | | | | | **$70.00** |
| **Sentinel Technologies, Inc. 17199 N. Laurel Park Drive #322 Livonia, MI 48152** | **Dan Griswold** **dgriswold@sentine l.com 800-860-8060** | | | | | **$9,200.00** |
| **State of Washington Attorney General Nick Brown PO Box 40100 Olympia, WA 98504** | **Attorney General Nick Brown** **sericeatg@atg.wa. gov 800-551-4636** | **consumer protection lawsuit** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **TDS Telecom PO Box 94213 Palatine, IL 60094** | **888-892-0009** | | | | | **$51.05** |
| **Topaz Engineering Supply, Inc. 35 Pond Road #20 Hingham, MA 02043** | **Douglas Frye** **dmf@topazeng.co m 781-749-8687** | | | | | **$1,685.55** |
| **TrueSense Marketing 502 Keystone Dr. Warrendale, PA 15086** | **Tommy Petite** **tommy.petite@trus esense.com 724-504-1041** | | | | | **$13,987.60** |

# United States Bankruptcy Court
## Western District of Michigan

In re   **LLPS, INC.**
Debtor(s)

Case No.
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joseph Fata**<br>**4337 Blackberry Lane**<br>**Lansing, MI 48917** | | **50%** | **Shareholder** |
| **Thomas Fata**<br>**2403 Sugartree Trail**<br>**Lansing, MI 48917** | | **50%** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Agent** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 1, 2025**

Signature   **/s/ Joseph Fata**
**Joseph Fata**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Michigan

In re    **LLPS, INC.**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April  1, 2025**

**/s/ Joseph Fata**
**Joseph Fata/Authorized Agent**
Signer/Title

BCC SOFTWARE
1890 WINTON ROAD S.
STE. 180
ROCHESTER NY 14618

CAPITAL ONE, NA
PO BOX 71083
CHARLOTTE NC 28272

CONSUMERS ENERGY
ONE ENERGY PLAZA
JACKSON MI 49201

COUNCIL FOR CORPORATIONS, LLC
101 N. WASHINGTON SQUARE
SUITE 1200
LANSING MI 48933

CULLIGAN TOTAL WATER LANSING
3460 DUNCKEL ROAD
LANSING MI 48911

DELTA DENTAL
4100 OKEMOS ROAD
OKEMOS MI 48864

DELTA DENTAL OF MICHIGAN
4100 OKEMOS ROAD
OKEMOS MI 48864

FIRST NATIONAL BANK OF AMERICA
241 E. SAGINAW ST.
EAST LANSING MI 48823

FLOWROUTE
295 MADISON AVE
5TH FLOOR
NEW YORK NY 10017

FRANGIE CREYTS PLAZA, LLC
2169 WOODFIELD RD.
OKEMOS MI 48864

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346


JOSEPH FATA
4337 BLACKBERRY LANE
LANSING MI 48917


LANSING BOARD OF WATER & LIGHT
1232 HACO DRIVE
LANSING MI 48912


LANSING SECURITY & LOCKSMITH
1421 SHAFFER COURT
LANSING MI 48917


METRONET
3701 COMMUNICATIONS WAY
EVANSVILLE IN 47715


NOORDYK BUSINESS EQUIPMENT
3606 REMEMBRANCE RD NW.
GRAND RAPIDS MI 49534


OFFICE OF US TRUSTEE
125 OTTAWA AVENUE NW
SUITE 200R
GRAND RAPIDS MI 49503


PHP INSURANCE COMPANY
16650 WESTGROVE DRIVE
SUITE 500
ADDISON TX 75001


PLUNKETT COONEY
38505 WOODWARD AVENUE, SUITE 1
BLOOMFIELD HILLS MI 48304


ROSE PEST SOLUTIONS
7706 RICKLE STREET
LANSING MI 48917

SENTINEL TECHNOLOGIES, INC.
17199 N. LAUREL PARK DRIVE
#322
LIVONIA MI 48152


STATE OF MICHIGAN
DEPARTMENT OF TREASURY
P.O. BOX 30774
LANSING MI 48909-8274


STATE OF WASHINGTON
ATTORNEY GENERAL NICK BROWN
PO BOX 40100
OLYMPIA WA 98504


TDS TELECOM
PO BOX 94213
PALATINE IL 60094


THOMAS FATA
2403 SUGARTREE TRAIL
LANSING MI 48917


TOPAZ ENGINEERING SUPPLY, INC.
35 POND ROAD #20
HINGHAM MA 02043


TRUESENSE MARKETING
502 KEYSTONE DR.
WARRENDALE PA 15086


UM HEALTH PLAN
1301 N. HAGADORN ROAD
SUITE 1E
EAST LANSING MI 48823


UNITED STATES POSTAL SERVICE
POSTMASTER GENERAL
475 L'ENFANT PLAZA SW
WASHINGTON DC 20260


US ATTORNEY'S OFFICE
PO BOX 208
GRAND RAPIDS MI 49501

VSP VISION
3333 QUALITY DRIVE
RANCHO CORDOVA CA 95670

**LLPS, INC.**
**WRITTEN CONSENT OF THE SOLE DIRECTOR**

March 31, 2025

The undersigned, being the sole director (the "Director") of LLPS, INC., a Michigan corporation ("Corporation"), acting pursuant to Section 450.1501 of the Michigan Business Corporation Act and Article III, Section 13 of the Bylaws of the Corporation, hereby consent to and approve the following actions and resolutions:

**WHEREAS**, the Director has reviewed and considered the financial condition, obligations and prospects of the Corporation and the potential alternatives available to address its financial situation; and

**WHEREAS**, after due consideration, the Director has determined that it is in the best interests of the Corporation to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Western District of Michigan.

**NOW, THEREFORE, IT IS:**

### *Chapter 11 Filing*

**RESOLVED**, that the Corporation shall be, and hereby is, authorized to file, or cause to be filed, a voluntary petition for relief (a "Chapter 11 Case") under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Michigan and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States.

**FURTHER RESOLVED**, that each of the officers of the Corporation, including without limitation, Joseph E. Fata, President and Treasurer (each, an "Authorized Officer"), is hereby, with power of delegation, authorized, empowered, and directed to execute and file on behalf of the Corporation all petitions, declarations, schedules, lists, and other motions, papers, or documents, to appear on behalf of the Corporation in the Chapter 11 Case, and to take any and all action that he deems necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business.

### *Retention of Professionals*

**FURTHER RESOLVED**, that each Authorized Officer be, and hereby is, authorized and directed to employ the law firm of Wolfson Bolton Kochis PLLC ("WBK") as counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations in connection therewith, including filing any motions, objections, replies, applications, or

1

pleadings in connection therewith; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, or amendments thereto, including, without limitation, the WBK Engagement Letter (defined below), pay and augment retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of WBK as it relates to the Chapter 11 Case.

**FURTHER RESOLVED**, that each Authorized Officer is hereby authorized and directed on behalf of the Corporation to employ any other professionals including, without limitation, Morris Anderson & Associates, Ltd., and any special counsel, claims and noticing agent, financial advisors, appraisers, investment bankers, or real estate professionals, as such Authorized Officer deems appropriate to represent and advise the Corporation in connection with the Chapter 11 Case.

**FURTHER RESOLVED**, that each Authorized Officer is hereby, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by any special counsel, claims and noticing agent, financial advisors, appraisers, investment bankers, or real estate professionals, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

### *Prior Actions*

**FURTHER RESOLVED**, that all acts and actions taken by the Corporation, the Director, or an Authorized Officer on behalf of the Corporation before the date hereof with respect to the Chapter 11 Case, and any other instruments, agreements, or documents related thereto entered into before, on, or after the date hereof, be, and hereby are, in all respects confirmed, approved, and ratified, including, without limitation, the Engagement Letter dated March 25, 2025 with WBK executed by Joseph E. Fata on behalf of the Corporation ("WBK Engagement Letter") and the engagement letter with Morris Anderson & Associates, Ltd. dated March 28, 2025.

### *General*

**FURTHER RESOLVED**, that in addition to the specific authorizations conferred upon the Authorized Officers in the foregoing resolutions, each Authorized Officer (and his designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in the Authorized Officer's judgment, shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**FURTHER RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Corporation with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Director.

**FURTHER RESOLVED**, that each Authorized Officer (and his designees and delegates) be, and hereby is, authorized and empowered to take all actions or to not take any action in the name of the Corporation with respect to the transactions described in or contemplated by these resolutions hereunder, as such Authorized Officer shall deem necessary or desirable in his reasonable business judgment as may be necessary or convenient to effectuate the purposes of the transactions described in or contemplated herein.  This consent may be executed in as many counterparts as may be required (including by PDF and electronic signature); all counterparts shall collectively constitute one and the same original consent.

[signature on following page]

IN WITNESS WHEREOF, the undersigned has executed this written consent as of the date first written above.

**SOLE DIRECTOR:**

_____
Joseph E. Pata

**LLPS, INC.**
**WRITTEN ACKNOWLEDGMENT OF THE SHAREHOLDERS**

March 31, 2025

The undersigned, being all of the shareholders (the "<u>Shareholders</u>") of LLPS, INC., a Michigan corporation ("<u>Corporation</u>"), hereby acknowledge the following:

**Whereas**, the undersigned have been informed that the Director of the Corporation has reviewed and considered the financial condition, obligations, and prospects of the Corporation and, after due deliberation, has authorized the Corporation to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"); and

**Whereas**, the Director has also authorized the Corporation to retain legal counsel and such other professionals as may be necessary to assist the Corporation in connection with its Chapter 11 case.

**NOW, THEREFORE,** the undersigned shareholders hereby:

**Acknowledge** that the Director has, by written consent dated as of March __, 2025, duly authorized the Corporation to commence a voluntary case under Chapter 11 of the Bankruptcy Code;

**Acknowledge** that the authority to file for Chapter 11 relief lies with the Corporation's sole director pursuant to the Michigan Business Corporation Act and the Corporation's Bylaws; and

**Express support** for the Director's decision to file the Chapter 11 case and for the Corporation's efforts to pursue an orderly reorganization for the benefit of its stakeholders, and agree not to take any actions that would interfere with or impede the Chapter 11 proceedings.

[signatures on following page]

1

IN WITNESS WHEREOF, each of the undersigned represents and warrants that they are the legal and beneficial owner of the shares they hold in the Corporation and has executed this written acknowledgement as of the date first written above.

**SHAREHOLDERS:**

Joseph E. Fata

Thomas Fata

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:

LLPS, INC., a Michigan
corporation,

                            Debtor.

Chapter 11

Case No. 25-

Hon.

## DEBTOR'S SUBMISSION AND STATEMENT
## <u>UNDER 11 U.S.C. § 1116(1)</u>

1.      Attached hereto is Debtor's most recent financial statement, which includes a Statement of Assets, Liabilities and Equity.  Debtor does not maintain any other balance sheet, statement of operations, or cash flow statement.

2.      Attached hereto is Debtor's most recent federal tax return.

I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 1, 2025          /s/ Joseph Fata_____
                                   Joseph Fata

Executed in _Seattle_____, _WA_____
              [city]                  [state]

**LLPS, INC.**

**COMPILED FINANCIAL STATEMENTS**

**DECEMBER 31, 2024**

## ACCOUNTANT'S COMPILATION REPORT

To Management
LLPS, Inc.
5859 W Saginaw Hwy Ste 343
Lansing, MI 48917

Management is responsible for the accompanying financial statements of LLPS, Inc. (an S Corporation), which comprise the statement of assets,  liabilities and equity - tax basis as of December 31, 2024,  and the related statements of revenues and expenses - tax basis for the month and twelve months then ended in accordance with the tax basis of accounting, and for determining that the tax basis of accounting is an acceptable financial reporting framework.   We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management and,  do not express an opinion, a conclusion, nor provide any assurance on the financial statements.

The financial statements are prepared in accordance with the tax basis of accounting, which is a basis of accounting other than accounting principles generally accepted in the United States of America.

Management has elected to omit substantially all of the disclosures ordinarily included in financial statements prepared in accordance with the tax basis of accounting.  If the omitted disclosures were included in the financial statements, they might influence the user's conclusions about the Company's assets, liabilities,  equity, revenues and expenses.   Accordingly, the financial statements are not designed for those who are not informed about such matters.

Year-end adjustments have not been made to the accompanying preliminary financial statements and the effect on financial position and results of operations has not been determined.

The Company, with the consent of its stockholder's, has elected under the Internal Revenue Code to be taxed as an S corporation.   In lieu of corporation income taxes, the stockholder's of an S corporation are taxed on their proportionate share of the Company's income.   Therefore, no provision or liability for federal income taxes has been included in these financial statements.

We are not independent with respect to LLPS, Inc.

February 12, 2025

**LLPS, Inc.**

**Statements of Assets, Liabilities and Equity - Tax Basis**

**December 31, 2024**

## <u>Assets</u>

| | | | |
|---|---|---:|---:|
| **Current Assets** | | | |
| Cash in Bank - Capital Nat | $ | 8,936.38 | |
| Cash in Bank - Postage | | 42.79 | |
| Cash in Bank - First National SBA | | 514.00 | |
| Inventory | | 11,875.00 | |
| Employee Advance | | 2,685.00 | |
| **Total Current Assets** | | | 24,053.17 |
| | | | |
| **Property and Equipment** | | | |
| Furniture and Fixtures | | 99,410.42 | |
| Machinery and Equipment | | 555,005.70 | |
| Leasehold Improvements | | 179,439.04 | |
| Less Accumulated Depreciation | | (538,830.55) | |
| **Net Property and Equipment** | | | 295,024.61 |
| | | | |
| **Non Current Assets** | | | |
| Loan Receivable - Labor Law Poster | | 1,356,115.85 | |
| Loan Receivable - Council for Corp. | | 252,902.49 | |
| Goodwill | | 1,255,800.00 | |
| Accumulated Amortization | | (586,040.00) | |
| **Total Non Current Assets** | | | 2,278,778.34 |
| | | | |
| **Total Assets** | | $ | 2,597,856.12 |

See Accountant's Compilation Report

**LLPS, Inc.**

**Statements of Assets, Liabilities and Equity - Tax Basis**

**December 31, 2024**

## Liabilities

**Current Liabilities**

| | | | |
|---|---|---|---|
| Accounts Payable - Trade | $ | 214,893.98 | |
| Sales Tax Payable | | 701.52 | |
| Accrued Wages | | 12,646.35 | |
| Bank Overdraft | | 52,507.87 | |
| Payroll Taxes Payable | | 15,271.70 | |
| **Total Current Liabilities** | | | 296,021.42 |

**Long-Term Liabilities**

| | | | |
|---|---|---|---|
| Shareholder Payable | | 618,872.12 | |
| **Total Long-Term Liabilities** | | | 618,872.12 |
| **Total Liabilities** | | | 914,893.54 |

## Stockholders' Equity

| | | | |
|---|---|---|---|
| Common Stock | | 1,000.00 | |
| Retained Earnings | | 2,190,358.72 | |
| Current Year Earnings (Loss) | | (508,396.14) | |
| **Total Stockholders' Equity** | | | 1,682,962.58 |
| **Total Liabilities and Stockholders' Equity** | $ | | 2,597,856.12 |

See Accountant's Compilation Report

3

**LLPS, Inc.**

**Statements of Revenues and Expenses - Tax Basis**

**For the One Month and the**
**Twelve Months Ended December 31, 2024**

| | 1 Month Ended Dec. 31, 2024 | 12 Months Ended Dec. 31, 2024 |
|---|---|---|
| **Revenues** | | |
| Licensing and Servicing Fees | $ 250,000.00 | $ 3,000,000.00 |
| | | |
| **Total Revenues** | 250,000.00 | 3,000,000.00 |
| | | |
| **Payroll & Payroll Burden** | | |
| A. Canvas | 7,716.20 | 93,489.60 |
| Data | 11,716.11 | 130,614.70 |
| Development | 10,198.60 | 89,902.90 |
| General | 26,988.84 | 319,371.10 |
| Inbound | 19,178.72 | 170,396.54 |
| Outbound | 40,370.75 | 357,860.30 |
| Phyto Genesis | 658.00 | 4,679.00 |
| Production | (606.00) | 1,306.00 |
| Shipping | 20,943.70 | 158,224.70 |
| Showcase | (2,373.60) | 28,826.40 |
| Default Department | 2,166.67 | 28,166.70 |
| Default Department Non Res | 2,166.66 | 23,833.26 |
| Employers FICA | 11,823.73 | 110,545.69 |
| Employment Taxes | 266.77 | 11,402.01 |
| Group Insurance | 15,688.81 | 183,419.10 |
| | | |
| **Total Payroll & Payroll Burden** | 166,903.96 | 1,712,038.00 |
| **Other Expenses** | | |
| Office Expense | (12,097.29) | 30,051.99 |
| Chg Card and Bank Chgs | 132.74 | 1,471.20 |
| Contract Labor | - | 30,280.00 |
| Software Development | 9,200.00 | 45,019.99 |
| Rent Expense | 4,997.35 | 59,968.20 |
| Utilities | 273.12 | 15,466.35 |
| Maintenance and Repairs | 2,978.31 | 20,594.02 |
| Property Taxes | - | 2,730.82 |
| Sales and Use Tax | 701.52 | 24,288.98 |
| Other Taxes | - | 163.45 |
| Supplies | 480.94 | 16,804.24 |
| Depreciation | 21,575.99 | 42,056.12 |
| Amortization | 6,976.59 | 83,719.96 |
| Professional Fees | 171,829.24 | 1,421,005.09 |
| Insurance | 1,712.73 | 4,722.73 |
| | | |
| **Total Other Expenses** | 208,761.24 | 1798343.14 |
| | | |
| **Total Operating Expenses** | 375,665.20 | 3,510,381.14 |
| | | |
| **Operating Income (Loss)** | (125,665.20) | (510,381.14) |
| | | |
| **Net Income (Loss)** | $ (123,680.20) | $ (508,396.14) |

See Accountant's Compilation Report

# Form 1120-S

## U.S. Income Tax Return for an S Corporation

OMB No. 1545-0123

Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
Go to www.irs.gov/Form1120S for instructions and the latest information.

**EXTENSION GRANTED TO 09/15/24**

Department of the Treasury
Internal Revenue Service

**2023**

For calendar year 2023 or tax year beginning _____, ending _____

| | | |
|---|---|---|
| **A** S election effective date 05/13/1999 | **Name** LLPS, INC. | **D** Employer identification number 38-3468792 |
| **B** Business activity code number (see instructions) 459210 | **Number, street, and room or suite no.** If a P.O. box, see instructions. 5859 WEST SAGINAW HWY #343 | **E** Date incorporated 05/13/1999 |
| **C** Check if Sch. M-3 attached ☐ | **City or town, state or province, country, and ZIP or foreign postal code** LANSING, MI 48917 | **F** Total assets (see instructions) $ 2,280,516. |

TYPE OR PRINT

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ............ 2

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

### Income

| | | | | |
|---|---|---|---|---|
| 1 a | Gross receipts or sales 2,900,000. | **b** Less return and allowances _____ | **c** Balance | 1c | 2,900,000. |
| 2 | Cost of goods sold (attach Form 1125-A) | | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | | 3 | 2,900,000. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | 4 | |
| 5 | Other income (loss) (attach statement) | | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 | | 6 | 2,900,000. |

### Deductions (See instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instrs. - attach Form 1125-E) | 7 | 52,000. |
| 8 | Salaries and wages (less employment credits) | 8 | 1,213,913. |
| 9 | Repairs and maintenance | 9 | 14,009. |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 59,968. |
| 12 | Taxes and licenses STATEMENT 1 | 12 | 125,248. |
| 13 | Interest (see instructions) | 13 | |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 29,498. |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| 16 | Advertising | 16 | |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | 163,440. |
| 19 | Energy efficient commercial buildings deduction (attach Form 7205) | 19 | |
| 20 | Other deductions (attach statement) STATEMENT 2 | 20 | 827,951. |
| 21 | **Total deductions.** Add lines 7 through 20 | 21 | 2,486,027. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 6 | 22 | 413,973. |

### Tax and Payments

| | | | |
|---|---|---|---|
| 23 a | Excess net passive income or LIFO recapture tax (see instructions) | 23a | |
| b | Tax from Schedule D (Form 1120-S) | 23b | |
| c | Add lines 23a and 23b | | 23c | |
| 24 a | Current year's estimated tax payments and preceding year's overpayment credited to the current year | 24a | |
| b | Tax deposited with Form 7004 | 24b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 24c | |
| d | Elective payment election amount from Form 3800 | 24d | |
| z | Add lines 24a through 24d | | 24z | |
| 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | | 25 | |
| 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | | 26 | |
| 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | | 27 | |
| 28 | Enter amount from line 27: **Credited to 2024 estimated tax** _____ **Refunded** | | 28 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | **PRESIDENT** Title | May the IRS discuss this return with the preparer shown below? See instr. ☒ Yes ☐ No |
|---|---|---|---|

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed ☐ | PTIN |
|---|---|---|---|---|
| RICHARD L TANKE, CPA | RICHARD L TANKE, CPA | 05/31/24 | | P00054508 |
| Firm's name ► MANER COSTERISAN PC | | | Firm's EIN ► 38-2157642 | |
| Firm's address ► 2425 E. GRAND RIVER, SUITE 1 LANSING, MI 48912-3291 | | | Phone no. 517-323-7500 | |

LHA **For Paperwork Reduction Act Notice, see separate instructions.**      1      311701 12-19-23      Form **1120-S** (2023)

Form 1120-S (2023)    LLPS, INC.    38-3468792    Page **2**

| **Schedule B** | **Other Information** (see instructions) | | Yes | No |
|---|---|---|---|---|

**1** Check accounting method:    **a** ☐ Cash    **b** ☒ Accrual    **c** ☐ Other (specify) _____

**2** See the instructions and enter the:

**a** Business activity ▶ **MAIL ORDER SALES**    **b** Product or service ▶ **MAIL ORDER SALES**

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation ........................... | X

**4** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ....... | X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ......................... | X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? ........................... | X

If "Yes," complete lines (i) and (ii) below.

(i) Total shares of restricted stock _____

(ii) Total shares of non-restricted stock _____

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? ........... | X

If "Yes," complete lines (i) and (ii) below.

(i) Total shares of stock outstanding at the end of the tax year _____

(ii) Total shares of stock outstanding if all instruments were executed _____

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide info. on any reportable transaction? ... | X

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount ..................... ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ................. $ _____

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions ........................... | X

**10** Does the corporation satisfy one or more of the following conditions? See instructions ........................... | X

**a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

**b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense.

**c** The corporation is a tax shelter and the corporation has business interest expense.

If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j).

**11** Does the corporation satisfy **both** of the following conditions? ........................... | X

**a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.

**b** The corporation's total assets at the end of the tax year were less than $250,000.

If "Yes," the corporation is not required to complete Schedules L and M-1.

311711  12-19-23    Form **1120-S** (2023)

09580530  755817  818141    2023.03050 LLPS, INC.    818141_1

Form 1120-S (2023)    LLPS, INC.    38-3468792    Page 3

| Schedule B | Other Information (see instructions) (continued) | | | Yes | No |
|---|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | | X |
| | If "Yes," enter the amount of principal reduction | $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | | | X |
| 14a | Did the corporation make any payments in 2023 that would require it to file Form(s) 1099? | | | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 | $ | | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | | | X |

| Schedule K | | Shareholders' Pro Rata Share Items | | | | | Total amount |
|---|---|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | | | | 1 | 413,973. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | | | 2 | |
| | 3a | Other gross rental income (loss) | | 3a | | | |
| | b | Expenses from other rental activities (attach statement) | | 3b | | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | | | 3c | |
| | 4 | Interest income | | | | 4 | |
| | 5 | Dividends: a Ordinary dividends | | | | 5a | |
| | | b Qualified dividends | | 5b | | | |
| | 6 | Royalties | | | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | | | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | | | 8a | |
| | b | Collectibles (28%) gain (loss) | | 8b | | | |
| | c | Unrecaptured section 1250 gain (attach statement) | | 8c | | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | | | | 9 | |
| | 10 | Other income (loss) (see instructions)    Type | | | | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | | | | 11 | 40,503. |
| | 12a | Charitable contributions | | | | 12a | |
| | b | Investment interest expense | | | | 12b | |
| | c | Section 59(e)(2) expenditures    Type | | | | 12c | |
| | d | Other deductions (see instructions)    Type | | | | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | | | | 13a | |
| | b | Low-income housing credit (other) | | | | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | | | 13c | |
| | d | Other rental real estate credits (see instructions) Type | | | | 13d | |
| | e | Other rental credits (see instructions)    Type | | | | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | | | | 13f | |
| | g | Other credits (see instructions)    Type | | | | 13g | |
| **International** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items - International, and check this box to indicate you are reporting items of international tax relevance | | | [X] | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | | | | 15a | -140. |
| | b | Adjusted gain or loss | | | | 15b | |
| | c | Depletion (other than oil and gas) | | | | 15c | |
| | d | Oil, gas, and geothermal properties - gross income | | | | 15d | |
| | e | Oil, gas, and geothermal properties - deductions | | | | 15e | |
| | f | Other AMT items (attach statement) | | | | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | | | | 16a | |
| | b | Other tax-exempt income | | | | 16b | |
| | c | Nondeductible expenses | | | | 16c | |
| | d | Distributions (attach statement if required) | | | | 16d | 414,303. |
| | e | Repayment of loans from shareholders | | | | 16e | |
| | f | Foreign taxes paid or accrued | | | | 16f | |

Form **1120-S** (2023)

Form 1120S (2023)      LLPS, INC.                                                          38-3468792      Page **4**

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount | |
|---|---|---|---|---|
| **Other Information** 17a | Investment income | | 17a | |
| b | Investment expenses | | 17b | |
| c | Dividend distributions paid from accumulated earnings and profits | | 17c | |
| d | Other items and amounts (att. stmt.)                    STATEMENT 3 | | | |
| **Reconciliation** 18 | **Income (loss) reconciliation .** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | | 18 | 373,470. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash | | 62,088. | | 11,861. |
| 2 a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | ) | ( | ) |
| 3 | Inventories | | 17,063. | | 12,813. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) | STATEMENT 4 | 5,935. | | 2,685. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | | | |
| 10 a | Buildings and other depreciable assets | 727,921. | | 803,319. | |
| b | Less accumulated depreciation | 454,827. | 273,094. | 496,774. | 306,545. |
| 11 a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | ) | ( | ) |
| 12 | Land (net of any amortization) | | | | |
| 13 a | Intangible assets (amortizable only) | 1,255,800. | | 1,255,800. | |
| b | Less accumulated amortization | 418,600. | 837,200. | 502,320. | 753,480. |
| 14 | Other assets (att. stmt.) | STATEMENT 5 | 1,493,510. | | 1,193,132. |
| 15 | Total assets | | 2,688,890. | | 2,280,516. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 59,581. | | 54,545. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 46,824. | | 0. |
| 18 | Other current liabilities (att. stmt.) | STATEMENT 6 | 36,282. | | 34,612. |
| 19 | Loans from shareholders | | 342,064. | | 0. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (att. stmt.) | | | | |
| 22 | Capital stock | | 1,000. | | 1,000. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | STATEMENT 7 | 2,203,139. | | 2,190,359. |
| 25 | Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 2,688,890. | | 2,280,516. |

Form **1120-S** (2023)

311731
12-19-23

09580530 755817 818141                    2023.03050 LLPS, INC.                              818141_1

Form 1120-S (2023)    LLPS, INC.    38-3468792    Page **5**

## Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 401,523. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): _____ | | | **a** Tax-exempt interest $ _____ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 16f, not charged against book income this year (itemize): | |
| | **a** Depreciation $ _____ | | | **a** Depreciation $ 28,053. | 28,053. |
| | **b** Travel and entertainment $ _____ | | 7 | Add lines 5 and 6 | 28,053. |
| 4 | Add lines 1 through 3 | 401,523. | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 373,470. |

## Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instrs.)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | 2,203,139. | | | |
| 2 | Ordinary income from page 1, line 22 | 413,973. | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 22 | ( ) | | | |
| 5 | Other reductions  STATEMENT 8 | ( 40,503. ) | | | ( ) |
| 6 | Combine lines 1 through 5 | 2,576,609. | | | |
| 7 | Distributions | 414,303. | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | 2,162,306. | | | |

Form **1120-S** (2023)

311732
12-19-23

09580530  755817  818141            2023.03050 LLPS, INC.            818141_1

**SCHEDULE K-2**
**(Form 1120-S)**

Department of the Treasury
Internal Revenue Service

# Shareholders' Pro Rata Share Items - International

**Attach to Form 1120-S.**
**Go to www.irs.gov/Form1120S for instructions and the latest information.**

OMB No. 1545-0123

**2023**

Name of corporation: **LLPS, INC.**

Employer identification number (EIN): **38-3468792**

**A**  Check to indicate the parts of Schedule K-2 that apply.

| | | Yes | No |
|---|---|---|---|
| **1** | Does Part I apply? If "Yes," complete and attach Part I | 1 | | X |
| **2** | Does Part II apply? If "Yes," complete and attach Part II | 2 | X | |
| **3** | Does Part III apply? If "Yes," complete and attach Part III | 3 | X | |
| **4** | Does Part IV apply? If "Yes," complete and attach Part IV | 4 | | X |
| **5** | Does Part V apply? If "Yes," complete and attach Part V | 5 | | X |
| **6** | Does Part VI apply? If "Yes," complete and attach Part VI | 6 | | X |
| **7** | Does Part VII apply? If "Yes," complete and attach Part VII | 7 | | X |

## Part I  Corporation's Other Current Year International Information

Check box(es) for additional specified attachments.

| | |
|---|---|
| 1. Gain on personal property sale | 5. High-taxed income |
| 2. Foreign oil and gas taxes | 6. Section 267A disallowed deduction |
| 3 Splitter arrangements | 7. Form 8858 information |
| 4.. Foreign tax translation | |

| | |
|---|---|
| 8. Form 5471 information | 11. Entity treatment for certain S corporations |
| 9. Other forms | 12. Reserved for future use |
| 10. Shareholder loan transactions | 13. Other international items |
| | (attach description and statement) |

## Part II  Foreign Tax Credit Limitation

### Section 1 - Gross Income

| Description | (a) U.S. source | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ___) | (f) Sourced by shareholder | (g) Total |
|---|---|---|---|---|---|---|---|
| **1** Sales | | | | | | | |
| A   US | 2,900,000. | 0. | 0. | 0. | 0. | 0. | 2,900,000. |
| B | | | | | | | |
| C | | | | | | | |
| **2** Gross income from performance of services | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **3** Gross rental real estate income | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **4** Other gross rental income | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.

Schedule K-2 (Form 1120-S) 2023

LHA    302001 01-02-24

Page **2**

| Name of corporation | EIN |
|---|---|
| LLPS, INC. | 38-3468792 |

| Part II | Foreign Tax Credit Limitation (continued) |
|---|---|

**Section 1 - Gross Income** (continued)

| Description | (a) U.S. source | Foreign Source | | | | (f) Sourced by shareholder | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code     ) | | |
| 5   Reserved for future use ............... | | | | | | | |
| 6   Interest income | | | | | | | |
| A _____ | | | | | | | |
| B _____ | | | | | | | |
| C _____ | | | | | | | |
| 7   Ordinary dividends (exclude amount on line 8) | | | | | | | |
| A _____ | | | | | | | |
| B _____ | | | | | | | |
| C _____ | | | | | | | |
| 8   Qualified dividends | | | | | | | |
| A _____ | | | | | | | |
| B _____ | | | | | | | |
| C _____ | | | | | | | |
| 9   Reserved for future use ............... | | | | | | | |
| 10  Royalties and license fees | | | | | | | |
| A _____ | | | | | | | |
| B _____ | | | | | | | |
| C _____ | | | | | | | |
| 11  Net short-term capital gain | | | | | | | |
| A _____ | | | | | | | |
| B _____ | | | | | | | |
| C _____ | | | | | | | |
| 12  Net long-term capital gain | | | | | | | |
| A _____ | | | | | | | |
| B _____ | | | | | | | |
| C _____ | | | | | | | |
| 13  Collectibles (28%) gain | | | | | | | |
| A _____ | | | | | | | |
| B _____ | | | | | | | |
| C _____ | | | | | | | |
| 14  Unrecaptured section 1250 gain | | | | | | | |
| A _____ | | | | | | | |
| B _____ | | | | | | | |
| C _____ | | | | | | | |

Schedule K-2 (Form 1120-S) 2023

Schedule K-2 (Form 1120-S) 2023 | Page **3**

| Name of corporation | EIN |
|---|---|
| LLPS, INC. | 38-3468792 |

**Part II    Foreign Tax Credit Limitation** (continued)

**Section 1 - Gross Income** (continued)

| Description | (a) U.S. source | Foreign Source | | | | (f) Sourced by shareholder | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code    ) | | |
| **15** Net section 1231 gain | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **16** Section 986(c) gain | | | | | | | |
| **17** Section 987 gain | | | | | | | |
| **18** Section 988 gain | | | | | | | |
| **19** Section 951(a) inclusions | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **20** Other income | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **21** Section 951A(a) inclusions | | | | | | | |
| **22** Reserved for future use | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **23** Reserved for future use | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| **24** **Total gross income** (combine lines 1 through 23) | 2,900,000. | | | | | | 2,900,000. |
| A    US | 2,900,000. | 0. | 0. | 0. | 0. | 0. | 2,900,000. |
| B | | | | | | | |
| C | | | | | | | |

Schedule K-2 (Form 1120-S) 2023

302003  01-02-24

Schedule K-2 (Form 1120-S) 2023    Page **4**

| Name of corporation | EIN |
|---|---|
| LLPS, INC. | 38-3468792 |

| Part II | Foreign Tax Credit Limitation *(continued)* |
|---|---|

### Section 2 - Deductions

| Description | (a) U.S. source | Foreign Source | | | | (f) Sourced by shareholder | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code         ) | | |
| 25 Expenses allocable to sales income | 2,372,809. | | | | | | 2,372,809. |
| 26 Expenses allocable to gross income from performances of services | | | | | | | |
| 27 Net short-term capital loss | | | | | | | |
| 28 Net long-term capital loss | | | | | | | |
| 29 Collectibles loss | | | | | | | |
| 30 Net section 1231 loss | | | | | | | |
| 31 Other losses | | | | | | | |
| 32 Research & experimental (R&E) expenses | | | | | | | |
| A SIC code: | | | | | | | |
| B SIC code: | | | | | | | |
| C SIC code: | | | | | | | |
| 33 Allocable rental expenses - depreciation, depletion, and amortization | | | | | | | |
| 34 Allocable rental expenses - other than depreciation, depletion, and amortization | | | | | | | |
| 35 Allocable royalty and licensing expenses - depreciation, depletion, and amortization | | | | | | | |
| 36 Allocable royalty and licensing expenses - other than depreciation, depletion, and amortization | | | | | | | |
| 37 Depreciation not included on line 33 or line 35 | 153,721. | | | | | | 153,721. |
| 38 Charitable contributions | | | | | | | |
| 39 Interest expense specifically allocable under Regulations section 1.861-10(e) | | | | | | | |
| 40 Other interest expense specifically allocable under Regulations section 1.861-10T | | | | | | | |
| 41 Other interest expense - business | | | | | | | |
| 42 Other interest expense - investment | | | | | | | |
| 43 Other interest expense - passive activity | | | | | | | |
| 44 Section 59(e)(2) expenditures, excluding R&E expenses on line 32 | | | | | | | |
| 45 Foreign taxes not creditable but deductible | | | | | | | |

302004  01-02-24    **Schedule K-2 (Form 1120-S) 2023**

Schedule K-2 (Form 1120-S) 2023      Page **5**

| Name of corporation | EIN |
|---|---|
| LLPS, INC. | 38-3468792 |

### Part II    Foreign Tax Credit Limitation (continued)

#### Section 2 - Deductions (continued)

| Description | (a) U.S. source | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code   ) | (f) Sourced by shareholder | (g) Total |
|---|---|---|---|---|---|---|---|
| | | **Foreign source** | | | | | |
| 46 Section 986(c) loss | | | | | | | |
| 47 Section 987 loss | | | | | | | |
| 48 Section 988 loss | | | | | | | |
| 49 Other allocable deductions | | | | | | | |
| 50 Other apportioned share of deductions | | | | | | | |
| 51 Reserved for future use | | | | | | | |
| 52 Reserved for future use | | | | | | | |
| 53 Reserved for future use | | | | | | | |
| 54 **Total deductions** (combine lines 25 through 53) | 2,526,530. | | | | | | 2,526,530. |
| 55 **Net income (loss)** (subtract line 54 from line 24) | 373,470. | | | | | | 373,470. |

### Part III    Other Information for Preparation of Form 1116

#### Section 1 - R&E Expenses Apportionment Factors

| Description | (a) U.S. source | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code) (country code   ) | (f) Sourced by shareholder | (g) Total |
|---|---|---|---|---|---|---|---|
| | | **Foreign Source** | | | | | |
| 1   Gross receipts by SIC code | | | | | | | |
| A   SIC code | | | | | | | |
| B   SIC code | | | | | | | |
| C   SIC code | | | | | | | |
| D   SIC code | | | | | | | |
| E   SIC code | | | | | | | |
| F   SIC code | | | | | | | |

2   Exclusive apportionment with respect to total R&E expenses entered on Part II, line 32. Enter the following.

A   R&E expense with respect to activity performed in the United States

    (i)   SIC code: _____ ............................................................ **2A(i)** | |

    (ii)   SIC code: _____ ............................................................ **2A(ii)** | |

    (iii)   SIC code: _____ ............................................................ **2A(iii)** | |

B   R&E expense with respect to activity performed outside the United States

    (i)   SIC code: _____ ............................................................ **2B(i)** | |

    (ii)   SIC code: _____ ............................................................ **2B(ii)** | |

    (iii)   SIC code: _____ ............................................................ **2B(iii)** | |

Schedule K-2 (Form 1120-S) 2023     Page **6**

| Name of corporation | EIN |
|---|---|
| LLPS, INC. | 38-3468792 |

**Part III**    Other Information for Preparation of Form 1116 *(continued)*

**Section 2 - Interest Expense Apportionment Factors**

| Description | (a) U.S. source | Foreign Source | | | | (f) Sourced by shareholder | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ____ ) (country code ____ ) | | |
| **1** Total average value of assets | 27,886. | | | | | | 27,886. |
| **2** Reserved for future use | | | | | | | |
| **3** Assets attracting directly allocable interest expense under Regulations section 1.861-10(e) | 45,333. | | | | | | 45,333. |
| **4** Other assets attracting directly allocable interest expense under Regulations section 1.861-10T | | | | | | | |
| **5** Assets excluded from apportionment formula | | | | | | | |
| **6a** Total assets used for apportionment (subtract the sum of lines 3, 4, and 5 from the sum of lines 1 and 2) | -17,447. | | | | | | -17,447. |
| **b** Assets attracting business interest expense | 45,333. | | | | | | 45,333. |
| **c** Assets attracting investment interest expense | | | | | | | |
| **d** Assets attracting passive activity interest expense | | | | | | | |
| **7** Basis in stock of 10%-owned noncontrolled foreign corporations (see attachment) | | | | | | | |
| **8** Basis in stock of CFCs (see attachment) | | | | | | | |

302006  01-02-24                                 **Schedule K-2 (Form 1120-S) 2023**

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to www.irs.gov/Form1125A for the latest information.

OMB No. 1545-0123

Name

**LLPS, INC.**

Employer identification number

**38-3468792**

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 17,063. |
| 2 | Purchases | 2 | -4,250. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 12,813. |
| 7 | Inventory at end of year | 7 | 12,813. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | |

**9 a** Check all methods used for valuing closing inventory:

(i) ☐ Cost

(ii) ☒ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation) ▶

**b** Check if there was a writedown of subnormal goods ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d |

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☒ No

If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

324441
04-01-23    LHA

09580530 755817 818141                    2023.03050 LLPS, INC.                    818141_1

Form **1125-E**
(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.

OMB No. 1545-0123

Name

LLPS, INC.

Employer Identification number

38-3468792

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 JOSEPH  E. FATA | | | 50.00% | | 26,000. |
| THOMAS FATA | | | 50.00% | | 26,000. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers | 2 | 52,000. |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | 4 | 52,000. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

324451 04-01-23      LHA

13

Form **4562**

Department of the Treasury
Internal Revenue Service

## Depreciation and Amortization
### (Including Information on Listed Property)   OTHER
Attach to your tax return.
Go to www.irs.gov/Form4562 for instructions and the latest information.

OMB No. 1545-0172

**2023**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| LLPS, INC. | OTHER DEPRECIATION | 38-3468792 |

**Part I** | Election To Expense Certain Property Under Section 179 **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 1,160,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | 68,418. |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | 2,890,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 1,160,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | GRACON SERVICES | 2,871. | 2,871. |
| | GRACON SERVICES | 11,680. | 11,680. |
| | NEW FIREWALL EQUIP & SOFTWARE | 8,375. | 8,375. |
| | NEW MINOLTA PRINTER | 17,577. | 17,577. |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 40,503. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | 40,503. |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | 465,973. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | 40,503. |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 | 13 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II** | Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | 14 | 27,915. |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

**Part III** | MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 | 17 | 1,350. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ☐ | | |

**Section B - Assets Placed in Service During 2023 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | 6,979. | 15 | HY | SL | 233. |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | / | | 30 yrs. | MM | S/L | |
| d  40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** | Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 29,498. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

316251 12-20-23   LHA **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2023)

Form 4562 (2023)   LLPS, INC.   38-3468792   Page **2**

| **Part V** | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles. **)**

24a  Do you have evidence to support the business/investment use claimed?  [ ] Yes  [ ] No   24b If "Yes," is the evidence written?  [ ] Yes  [ ] No

| (a)<br>Type of property<br>(list vehicles first) | (b)<br>Date<br>placed in<br>service | (c)<br>Business/<br>investment<br>use percentage | (d)<br>Cost or<br>other basis | (e)<br>Basis for depreciation<br>(business/investment<br>use only) | (f)<br>Recovery<br>period | (g)<br>Method/<br>Convention | (h)<br>Depreciation<br>deduction | (i)<br>Elected<br>section 179<br>cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | **25** | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | **28** | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a)<br>Vehicle 1 | (b)<br>Vehicle 2 | (c)<br>Vehicle 3 | (d)<br>Vehicle 4 | (e)<br>Vehicle 5 | (f)<br>Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes  No | Yes  No | Yes  No | Yes  No | Yes  No | Yes  No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | | Yes | No |
|---|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | Amortization |
|---|---|

| (a)<br>Description of costs | (b)<br>Date amortization<br>begins | (c)<br>Amortizable<br>amount | (d)<br>Code<br>section | (e)<br>Amortization<br>period or percentage | (f)<br>Amortization<br>for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2023 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2023 tax year | | | | **43** | 83,720. |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | 83,720. |

Form **4562** (2023)

Section 1.263(a)-1(f) De Minimis Safe Harbor Election

LLPS, Inc.
5859 West Saginaw Hwy #343
Lansing , MI  48917

Employer Identification Number:  38-3468792

For the Year Ending December 31, 2023

LLPS, Inc. is making the de minimis safe harbor election under Reg.
Sec. 1.263(a)-1(f).

Section 1.263(a)-3(n) Election

LLPS, Inc.
5859 West Saginaw Hwy #343
Lansing , MI  48917

Employer Identification Number:  38-3468792

For the Year Ending December 31, 2023

LLPS, Inc. is electing to capitalize repair and maintenance costs
under Reg. Sec. 1.263(a)-3(n).

LLPS, INC.                                                                    38-3468792

---

| FORM 1120S | TAXES AND LICENSES | STATEMENT 1 |
|------------|-------------------|-------------|

| DESCRIPTION | AMOUNT |
|-------------|--------|
| EMPLOYERS FICA | 96,295. |
| EMPLOYMENT TAXES | 16,159. |
| LICENSE & PERMITS | 610. |
| PROPERTY TAXES | 1,114. |
| SALES & USE TAX | 11,070. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 12 | 125,248. |

---

| FORM 1120S | OTHER DEDUCTIONS | STATEMENT 2 |
|------------|------------------|-------------|

| DESCRIPTION | AMOUNT |
|-------------|--------|
| AMORTIZATION EXPENSE | 83,720. |
| CHG CARD AND BANK CHGS | 1,411. |
| CONTRACT LABOR | 34,289. |
| INSURANCE | 3,125. |
| OFFICE EXPENSE | 23,873. |
| PROFESSIONAL FEES | 606,211. |
| SOFTWARE DEVELOPMENT | 9,900. |
| SUPPLIES | 42,324. |
| UTILITIES | 23,098. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 20 | 827,951. |

---

| SCHEDULE K | OTHER ITEMS, LINE 17D | STATEMENT 3 |
|------------|----------------------|-------------|

| DESCRIPTION | AMOUNT |
|-------------|--------|
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | 2,900,000. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTIONS | 2,486,027. |
| MEDICAL INSURANCE PREMIUMS FOR MORE THAN 2% SHAREHOLDERS | 44,217. |
| SECTION 199A - ORDINARY INCOME (LOSS) | 413,973. |
| SECTION 199A - SECTION 179 DEDUCTION | 40,503. |
| SECTION 199A - W-2 WAGES | 1,302,978. |
| SECTION 199A - UNADJUSTED BASIS OF ASSETS | 501,135. |

LLPS, INC.                                                                    38-3468792

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 4 |
| --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| EMPLOYEE ADVANCE | 5,935. | 2,685. |
| TOTAL TO SCHEDULE L, LINE 6 | 5,935. | 2,685. |

| SCHEDULE L | OTHER ASSETS | STATEMENT 5 |
| --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| LOAN RECEIVABLE - COUNCIL FOR CORP. | 35,055. | 70,714. |
| LOAN RECEIVABLE - LABOR LAW POSTER | 1,458,455. | 1,122,418. |
| TOTAL TO SCHEDULE L, LINE 14 | 1,493,510. | 1,193,132. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 6 |
| --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| ACCRUED WAGES | 26,975. | 25,607. |
| PAYROLL TAXES PAYABLE | 7,825. | 7,172. |
| SALES TAX PAYABLE | 1,482. | 1,833. |
| TOTAL TO SCHEDULE L, LINE 18 | 36,282. | 34,612. |

| SCHEDULE L | ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS | STATEMENT 7 |
| --- | --- | --- |

| DESCRIPTION | AMOUNT |
| --- | --- |
| BALANCE AT BEGINNING OF YEAR | 2,203,139. |
| NET INCOME PER BOOKS | 401,523. |
| DISTRIBUTIONS | -414,303. |
| OTHER INCREASES (DECREASES) | |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | 2,190,359. |

LLPS, INC.                                                                    38-3468792

SCHEDULE M-2   ACCUMULATED ADJUSTMENTS ACCOUNT- OTHER REDUCTIONS   STATEMENT 8

| DESCRIPTION | AMOUNT |
|---|---|
| SECTION 179 EXPENSE DEDUCTION | 40,503. |
| TOTAL TO SCHEDULE M-2, LINE 5 - COLUMN (A) | 40,503. |